[Filed January 9, 1890.]

MESSINGER & SMITH, RESPONDENTS, *v.* WATSON, HUME & WATSON, ET AL., APPELLANTS.

PER CURIAM.—As this involves no principle of law not already passed upon by the court, but depends for its proper determination wholly upon the facts, it is enough to say that our examination of it leads us to the conclusion that the findings of the court below are sustained by the evidence, and that its decree must be affirmed.